# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED DWAYNE SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN L. HUBBARD, et al.,<br><br>    Defendants. | CASE NO. 1:10-cv-00576-AWI-SKO PC<br><br>ORDER STRIKING UNSIGNED OBJECTION, AND GRANTING PLAINTIFF THIRTY DAYS WITHIN WHICH TO FILE A SIGNED OBJECTION<br><br>(Doc. 19) |

    Plaintiff Ed Dwayne Smith, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 19, 2010. On April 12, 2012, Plaintiff filed an unsigned objection to the findings and recommendations issued by the undersigned on March 8, 2012.

    An unsigned filing cannot be considered by the Court and the objection is HEREBY ORDERED STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131. Plaintiff is GRANTED an additional **thirty (30) days** from the date of service of this order within which to file a signed objection, if any.

IT IS SO ORDERED.

Dated:   April 30, 2012                       /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE